IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nasreen Malik<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-22619-CMB |
| JPMorgan Chase Bank, N.A. as servicer for<br>PNC Bank, National Association<br>　　　Movant.<br>v.<br><br>Nasreen Malik<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), PNC Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  December 18, 2023　　　　　　　　BY:*/s/ Christopher A. DeNardo*
　　　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　　　Heather Riloff - 309906
　　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　　985 Old Eagle School Road, Suite 514
　　　　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　　　　logsecf@logs.com

LLG File #: 17-056099

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nasreen Malik<br>    Debtor,<br><br>JPMorgan Chase Bank, N.A. as servicer for<br>PNC Bank, National Association<br>    Movant.<br>v.<br><br>Nasreen Malik<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-22619-CMB<br><br>CHAPTER 13 |

### **CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 18th day of December, 2023:

Nasreen Malik
132 Peppergrass Road
Baden, PA 15005

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com